FRANK TWITCHELL, as Ancillary Administrator of the Estate of NETTIE M. TWITCHELL, Deceased, Respondent, *v.* RUTLAND RAILROAD COMPANY, Appellant.

FRANK TWITCHELL, Respondent, *v.* RUTLAND RAILROAD COMPANY, Appellant.

(Argued October 3, 1930; decided October 21, 1930.)

*Jarvis P. O'Brien* for appellant.

*Walter A. Fullerton* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.